

# Fourth Court of Appeals
## San Antonio, Texas

September 30, 2021

No. 04-21-00344-CV

### IN THE INTEREST OF R.A.E. AND J.D.F., CHILDREN

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2019PA01868
Honorable Susan D. Reed, Judge Presiding

## O R D E R

This is an appeal of an order terminating appellant's parental rights. The clerk's record, which was filed on August 30, 2021, contained an order which terminated appellant's parental rights but did not dispose of all parties and all claims at issue below. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001) (a final and appealable order disposes of all parties and all claims); *D.R. v. Tex. Dep't of Family & Protective Servs.*, 281 S.W.3d 598, 601–02 (Tex. App.—El Paso 2008, no pet.) (applying *Lehmann* to calculate appellate deadlines in parental termination appeal). Because the order in the clerk's record therefore did not appear to be a final, appealable order, we ordered appellant to show cause why this appeal should not be dismissed for want of jurisdiction. *See Ne. Indep. Sch. Dist. v. Aldridge*, 400 S.W.2d 893, 895 (Tex. 1966) ("[A]n appeal may be prosecuted only from a final judgment."). On September 29, 2021, the district clerk filed a supplemental clerk's record containing a final order of termination. Accordingly, we retain this appeal on the docket.

Our records indicate the appellate record is now complete. Accordingly, we **ORDER** appellant to file his brief **by October 20, 2021**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of September, 2021.

_____
Michael A. Cruz,
Clerk of Court